# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-626
Lower Tribunal No. 19-CF-000554

_____

BENJAMIN PEREZ RODRIGUEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Margaret O. Steinbeck, Judge.

January 2, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and SMITH, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, Benedict P. Kuehne and Michael T. Davis, Special Assistant Public Defenders, and Susan Dmitrovsky, Of Counsel, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED